

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00012-CV

CHARLES BOREN, EXECUTOR OF THE ESTATE OF WILLIAM T. DUDLEY JR.,
DECEASED
v.
MATTHEW DUDLEY, AS THE INDEPENDENT EXECUTOR OF THE ESTATE OF
FRANCILLE B. DUDLEY, DECEASED AND TRUSTEE OF
THE FRANCILLE B. DUDLEY REVOCABLE TRUST

On Appeal from the
County Court at Law No. 4 of Cameron County, Texas
Trial Court Cause No. 2019-CCL-01011

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 28, 2022